PD-0808-15
COA 05-13-01186CR
TRCT #380832821201?

FILED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

Chief Justice
of Criminal Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

To The Court of Criminal Appeals Chief Justice upon my filing to this Court For extensions of Time Clerkly Because of New Attorney AN APPEALLANT LACK OF Representation it is the power of court of Appeals AN Jurisdiction over state Appeal's From Trial court AN proper Filing to Govern over this APPeal. According To Texas, Appealant Procedure of Texas, it is illegal To hold Appeallant Before his Mandate has Been ordered By court of APPeals, But Appeallant places his Faith in Just in A person He Trust To Perpare His Case AN Adapt his APPeal AN ReHearing Motion as, well as Petition For Discretionary in his Attorney hand. IN This case alone with the Trail Judge Appeallant Due Process Clause Right has Been Violated Time AN Time Again First. By Illegall confinced Appeallant without Bond Revication. ON Hearsay without hearly AN then By NOT Filing Appeallant HABeas Curpus Writ that has Been IN county Clerk office For At Least Thirty day this is A Question of Great Constitutional Magnitude To hold A Person By unlawful Means without A Hearing after Capias was Issued These Records AN writ was sent To FiFth Court of APPeal DeNies showing Trail court action AN also Proof of Mail Tampering That A Feheral Action i AN violation uf Due Process AN Amendments

This is my fourth Letter to this court about the trail court action an discretion appellant is been illegally restrained is this jail by trial judge already by giving a $250,000.00 bond witch is excessive for my appeal. this is to hamper because I dont have money indigent an second means of conviction remeber this sentance was illegal outside guide line, I was arrested trail affirmed appeal attorney Jesse Allen taken of then hired Christopher Routt, whom I never talked to wdant answer but had a attorny name Marc Frasher to tell me not to file after I got extension in court of Criminal appeals PD - for Sep 8, 2015, trail judge forced attorny not to talk with me after he file a motion for rehearing I dont no law not trying to file he was attorny an still is clearly appeal attorny is manifesting lack of interest in appeal by force from trail judge descreetion, he has file for extension in court of appeals Dallas, an want speak with me this action plainly demonstrated the desire that he spoke of to family that his lack to pursue would force final judgment on my appeal my desire is to pursue with proper counsel because of all this an my indigence, but with the continuing order of trial court on attorny an with holding writ of Habeas corpus I am illegal confined an cant profail on appeal without proper records, breifs, counsell, law library, an illegal restraint this court has power to order writ of Habeas pursuint to Vernon. Ann texas ccp art 44.35.

Defendant/ Appellant Mail is Being tampered with an this letter is the Secound of it kind I have proof these action. Appellant is secking reltaf of Habeaus Cwopus I file on 7/17/15 an still is not on docket trial judge refuse to answer motion to reset bund or appeal it filed on 6/18/2015 no respunse by clerk an still no hearing for are ducket entry then after callmy clerk of fifth court the clerk backed dated a respunse dated of 7/22/15 But filed it on 7/27/15 I got proof an sent it to proper investigations, I just want to have a fair appeal, an Be form under illegal restraint of Liberty my Bund on Appeal was # 1000 Dollars Because # 50,000 was Excessive. This court has sudiction Because of the filmy of Extsision for PDR in this court to order the writ of Habros to be answered properly an attorny to address clieart.

Thank you
Chelf Judge
Appennant &208875
Andre Berry

8/6/15

Illegal Held in
Cullin County Detention
McKunny Texas
75071
4300 Community Avenue

This letter should
Reach Court By 8/11/15

PD-0808-15